UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------X
JOHN DOE,                                                               :
                                                                                   :        Civil Action No: 1:17-cv-3781
                   **Plaintiff,**                                     :
                                                                                   :
       -against-                                                 :
                                                                                   :
THE UNIVERSITY OF CHICAGO,                      :
                                                                                   :
                  **Defendant.**                                     :
---------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 22, 2017, at 3:00 p.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff John Doe shall appear, before the Honorable Judge John Z. Lee, Courtroom 1225, of the U.S. District Court for the Northern District of Illinois, at the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present Plaintiff's *Motion to Proceed Under a Pseudonym*, *Motion for Temporary Restraining Order and Preliminary Injunction* and *Motion to File Brief that Exceeds the Page Limit Set by Local Rule 7.1*.

**Dated:   May 22, 2017**         **Respectfully submitted,**

                                          By:   /s/ James P. Fieweger
                                          James P. Fieweger
                                          Illinois Bar No. 6206915
                                          **FALKENBERG FIEWEGER & IVES LLP**
                                          30 N. LaSalle St., Suite 4020
                                          Chicago, IL 60602
                                          Tel: (312) 566-4802
                                          Email: jpf@ffilaw.com

                                          -and-

{977663.2 }

**WARSHAW BURSTEIN, LLP**
Kimberly C. Lau, Esq. (*pro hac vice* pending)
555 Fifth Avenue
New York, NY 10017
Tel: (212) 984-7709
Email: klau@wbny.com
*Attorneys for Plaintiff John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that I served this Notice and a copy of Plaintiff's ***Motion to Proceed Under a Pseudonym*** and proposed Order, ***Motion for Temporary Restraining Order and Preliminary Injunction*** and ***Motion to File Brief that Exceeds the Page Limit Set by Local Rule 7.***1 and proposed Order on counsel of record listed below by e-mail on May 22, 2017 before 12:00 p.m.

Scott L. Warner
**Franczek Radelet P.C.**
300 S. Wacker Drive, Suite 3400
Chicago, Illinois 60606
slw@franczek.com


      */s/ James P. Fieweger*