# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John Doe

                Plaintiff,

v.                                                Case No.: 1:17–cv–03781

                                                       Honorable John Z. Lee

University of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 22, 2017:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 5/22/17. For the reasons stated on the record, Plaintiff's motion and memorandum of law in support of plaintiffs motion to proceed under a pseudonym [2], Plaintiff's motion for a temporary restraining order and preliminary injunction [4] and Plaintiff's motion to file brief that exceed the page limit [6] are entered and continued for 5/24/17 at 10:30 a.m. The parties should continue their discussions, and if they are able to come to an agreement as to interim measures, they should contact the courtroom deputy before the hearing and provide a letter to the Court. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.