# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John Doe

                Plaintiff,

v.                                         Case No.: 1:17–cv–03781

                                                Honorable John Z. Lee

University of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2017:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 5/24/17. The parties reported on their discussions regarding the spring classes. The motion for temporary restraining order is entered and continued for 5/26/17 at 9:30 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.