## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

John Doe
                Plaintiff,

v.                                                     Case No.: 1:17–cv–03781
                                                            Honorable John Z. Lee

University of Chicago
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 26, 2017:

       MINUTE entry before the Honorable John Z. Lee: The Court is informed that the parties have entered into a agreement to address the issues related to irreparable harm asserted in Plaintiff's motion for temporary restraining order and preliminary injunction. Accordingly, the motion is denied without prejudice. Plaintiff may refile the motion if and when necessary. The hearing scheduled for 5/26/17 is stricken. Plaintiff's motion to file brief in excess of page limit is granted. Plaintiff should file a memorandum in further support of his motion to proceed under a pseudonym within 14 days of this order; Defendant may file any objection 14 days thereafter. If Plaintiff has not done so, he should formally serve process upon Defendant as soon as possible, but no later than 7 days from the issuance of this order. Motion for leave to appear pro hac vice [12] by Kimberly C. Lau is granted. Status hearing set for 6/14/17 at 9:15 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.