## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

John Doe
       Plaintiff,

v.              Case No.: 1:17–cv–03781
             Honorable John Z. Lee

University of Chicago
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2017:

  MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/14/17. Counsel reports that Plaintiff has submitted a written request for review and the Review Board will be convened in approximately two weeks. At the request of the parties, this case is stayed until further order of Court. Status hearing set for 7/14/17 at 9:00 a.m. The parties should filed a status report two days prior to the status hearing if there are no new developments. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.